FILED
SEP 12 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 4:19CR746 CDP/DDN |
| JOSHUA KNIGHT, | ) |
| Defendant. | ) |

**INDICTMENT**

The Grand Jury charges that:

**COUNT 1**
**COUNTERFEITING AND FORGING SECURITIES: 18 U.S.C. § 471**

On or about September 26, 2018, in the Eastern District of Missouri, the defendant,

**JOSHUA KNIGHT,**

with intent to defraud, did falsely make, forge, and alter an obligation of the United States, that is, a falsely made, forged and counterfeited fifty-dollar Federal Reserve Note, Serial No. MF39925026A, in violation of Title 18, United States Code, Section 471.

**COUNT 2**
**COUNTERFEITING AND FORGING SECURITIES: 18 U.S.C. § 471**

On or about February 22, 2019, in the Eastern District of Missouri, the defendant,

**JOSHUA KNIGHT,**

with intent to defraud, did falsely make, forge, and alter an obligation of the United States, that is, a falsely made, forged and counterfeited ten-dollar Federal Reserve Note, Serial No. MH30538973A, in violation of Title 18, United States Code, Section 471.

## COUNT 3
## COUNTERFEITING AND FORGING SECURITIES: 18 U.S.C. § 471

On or about February 28, 2019, in the Eastern District of Missouri, the defendant,

**JOSHUA KNIGHT,**

with intent to defraud, did falsely make, forge, and alter an obligation of the United States, that is, a falsely made, forged and counterfeited ten-dollar Federal Reserve Note, Serial No. MH48346553A, in violation of Title 18, United States Code, Section 471.

## COUNT 4
## COUNTERFEITING AND FORGING SECURITIES: 18 U.S.C. § 471

On or about February 28, 2019, in the Eastern District of Missouri, the defendant,

**JOSHUA KNIGHT,**

with intent to defraud, did falsely make, forge, and alter an obligation of the United States, that is, a falsely made, forged and counterfeited ten-dollar Federal Reserve Note, Serial No. ML20470584B, in violation of Title 18, United States Code, Section 471.

## COUNT 5
## COUNTERFEITING AND FORGING SECURITIES: 18 U.S.C. § 471

On or about February 28, 2019, in the Eastern District of Missouri, the defendant,

**JOSHUA KNIGHT,**

with intent to defraud, did falsely make, forge, and alter an obligation of the United States, that is, a falsely made, forged and counterfeited ten-dollar Federal Reserve Note, Serial No. MH68469498A, in violation of Title 18, United States Code, Section 471.

## COUNT 6
## COUNTERFEITING AND FORGING SECURITIES: 18 U.S.C. § 471

On or about February 28, 2019, in the Eastern District of Missouri, the defendant,

**JOSHUA KNIGHT,**

with intent to defraud, did falsely make, forge, and alter an obligation of the United States, that is, a falsely made, forged and counterfeited ten-dollar Federal Reserve Note, Serial No. ML89428760B, in violation of Title 18, United States Code, Section 471.

### COUNT 7
### COUNTERFEITING AND FORGING SECURITIES: 18 U.S.C. § 471

On or about February 28, 2019, in the Eastern District of Missouri, the defendant,

**JOSHUA KNIGHT,**

with intent to defraud, did falsely make, forge, and alter an obligation of the United States, that is, a falsely made, forged and counterfeited five-dollar Federal Reserve Note, Serial No. ML2840150E, in violation of Title 18, United States Code, Section 471.

### FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 18, United States Code, Sections 492 and 982(a)(2)(B) and Title 18, United States Code, Section 2461, upon conviction of an offense in violation of Title 18, United States Code, Section 471, as set forth in Counts One through Seven, the defendant shall forfeit to the United States of America:

    a. all counterfeits of any coins or obligations or other securities of the United States or of any foreign government, or any articles, devices, and other things made, possessed, or used in said offense, or any material or apparatus used or fitted or intended to be used, in the making of such counterfeits, articles, devices or things; and

    b. any property constituting, or derived from, proceeds the defendants obtained

3

directly or indirectly, as the result of such violation.

2. Subject to forfeiture is a sum of money equal to the total value of any property constituting, or derived from, proceeds the defendants obtained, directly or indirectly, as a result of the offense.

3. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Dated: _____

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
Gwendolyn E. Carroll
Assistant United States Attorney

4